UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00123 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| BOBBY GLENN BANKS, JR. | ) | |

**FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS**

**MAY 04 2021**

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   On or about May 11, 2020, the defendant,

BOBBY GLENN BANKS, JR.,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: PCS Sch. IV or V with Purpose to Deliver and Theft by Receiving, in Pulaski County, Arkansas, Circuit Court in Case Number 2017-2179.

B.   On or about May 11 2020, in the Eastern District of Arkansas, the defendant,

BOBBY GLENN BANKS, JR.,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, model 23, .40 caliber, semi-automatic pistol, bearing serial number BBX564, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, Bobby Glenn Banks, Jr., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

1

