**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MAR 22 2023

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

UNITED STATES OF AMERICA

VS.                                    NO.   4:21-CR-00123 JM

BOBBY GLENN BANKS JR.

49159-509

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

2023 MAR -1 AM 11:37
Eastern Arkansas
U.S. Marshal
Received

TO THE CUSTODIAL AUTHORITY AT THE PULAKSI COUNTY DETENTION CENTER AND TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of BOBBY BANKS detained in the PULASKI COUNTY DETENTION CENTER, Little Rock, Arkansas, in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on March 15, 2023 at 01:00 p.m., before the honorable James M. Moody Jr., and after the proceedings have been concluded, that you return BOBBY BANKS to the PULASKI COUNTY DETENTION CENTER under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 01 MARCH 2023.

A TRUE COPY I CERTIFY
TAMMY H. DOWNS, CLERK

By _____ D.C.

_____
UNITED STATES MAGISTRATE JUDGE

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _Pulaski_ TO _Court & back_
ON THIS DATE _3/15/23_
DEPUTY SIGNATURE AND DISTRICT: _[signature]_

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME)_____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:
_____

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME)_____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:
_____

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME)_____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:
_____

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME)_____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:
_____